

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-19-00239-CV

_____

NYTEX SPORTS, LLC, Appellant

V.

TEJAS VOLLEYBALL CLUB AND KEVIN ANDERSON, Appellees

On Appeal from the 96th District Court
Tarrant County, Texas
Trial Court No. 096-291955-17

Before Sudderth, C.J.; Gabriel and Kerr, JJ.
Per Curiam Memorandum Opinion

**MEMORANDUM OPINION AND JUDGMENT**

On July 10, 2019, and July 31, 2019, we notified cross-appellants Tejas Volleyball Club and Kevin Anderson, in accordance with rule of appellate procedure 42.3(c), that we would dismiss their cross-appeal unless they paid the $205 filing fee. *See* Tex. R. App. P. 42.3(c), 44.3. Cross-appellants Tejas Volleyball Club and Kevin Anderson have not done so. *See* Tex. R. App. P. 5, 12.1(b).

Because cross-appellants Tejas Volleyball Club and Kevin Anderson have not complied with a procedural requirement and the Texas Supreme Court's order of August 28, 2015,[1] we dismiss their cross-appeal. *See* Tex. R. App. P. 42.3(c), 43.2(f).

Cross-appellants Tejas Volleyball Club and Kevin Anderson must pay all costs of the cross-appeal. *See* Tex. R. App. P. 43.4.

Per Curiam

Delivered: August 22, 2019

---

[1]*See* Supreme Court of Tex., Fees Charged in the Supreme Court, in Civil Cases in the Courts of Appeals, and Before the Judicial Panel on Multi-District Litigation, Misc. Docket No. 15-9158 (Aug. 28, 2015) (listing courts of appeals' fees).